UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JAIME L. FRASCA, JORDAN M. FRASCA AND JOHN COREY FRASCA,<br>　　　　　　**PLAINTIFFS**<br><br>v.<br><br>JUDGE CHRISTINE FOSTER,<br>　　　　　　**DEFENDANT** | )<br>)<br>)<br>)<br>)<br>)　**CASE NO. 07-MC-120-P-H**<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

On October 23, 2007, I issued an Order to Show Cause, directing the plaintiffs to show cause (within 30 days) why this case should not be dismissed or stricken for failure to pay the full filing fees for a civil case. The plaintiffs have failed to respond.

Accordingly, this case is now **DISMISSED**.

**SO ORDERED.**

**DATED THIS 29TH DAY OF NOVEMBER, 2007**

　　　　　　　　　　　　　　　　　　/S/D. BROCK HORNBY
　　　　　　　　　　　　　　　　　　**D. BROCK HORNBY**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**